**Electronically Filed
Intermediate Court of Appeals
30645
28-JUN-2011
08:11 AM**

NO. 30645

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JAMES DAVID KALILI, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CR. NO. C09032402/KN)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant James David Kalili (Appellant) filed a notice of appeal on August 5, 2010; (2) on September 30, 2010, the appellate clerk filed the record on appeal and informed Appellant that the jurisdictional statement was due on October 10, 2010 and the opening brief was due on November 9, 2010 (3) Appellant did not file either document; (4) on May 27, 2011, the appellate clerk provided notice to Appellant that:

(a) the time to file the jurisdictional statement and the opening

brief expired; (b) the matter would be called to the attention of the court on June 3, 2011; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; (5) Appellant did not file the jurisdictional statement and the opening brief or seek relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, June 28, 2011.


Chief Judge


Associate Judge


Associate Judge